IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| FITZGERALD HORTON | : | NO. 12-228 |

ORDER

AND NOW, this 25th day of July, 2013, upon consideration of the defendant's motion to suppress (Docket No. 42), and the briefs in support of and opposition to that motion, and following an evidentiary hearing held on July 19, 2013, IT IS HEREBY ORDERED, for the reasons stated in a memorandum bearing today's date, that the motion is DENIED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.